# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

In the matter of the Search of

**232 Lee Road 318, Smiths, Alabama, Lee County, is more particularly described as a brick single family residence. It is brown brick with yellow trim and shutters located on the front of the residence and a center and side entrance.**

## SEARCH WARRANT

CASE NUMBER: 3:07mj75-TFM

TO: <u>DEA SA Stephen T. Ribolla</u>, and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>SA Stephen T. Ribolla</u>
who has reason to believe that ☐ on the person of or ☒ on the premises known as

**232 Lee Road 318, Smiths, Alabama, Lee County, is more particularly described as a brick single family residence. It is brown brick with yellow trim and shutters located on the front of the residence and a center and side entrance.**

in the _____Middle_____ District of _____ALABAMA_____
there is now concealed a certain person or property, namely

See attached Affidavit for description of items to be searched for

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 8, 2007

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Terry F. Moorer as required by law.
U.S. Judge or Magistrate Judge

July 30, 2007                                              Montgomery, AL
Date and Time Issued                                      City and State

Terry F. Moorer, US Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 93   (Rev.6/92)   Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| July 30, 2007 | August 1, 2007 7:00am | kitchen table |

**INVENTORY MADE IN THE PRESENCE OF**

SA Jim Brown and SA Kieth SLAY

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attached DEA 12 - reciept for cash or other items

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

cribed, sworn to, and returned before me this date.

_[signature]_  8-22-7
U.S. Judge or Magistrate    Date

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

KELLY BATTLE
232 Lee Road 318

FILE NO. GX-04-0010

G-DEP IDENTIFIER

FILE TITLE

DATE 8-1-07

DIVISION/DISTRICT OFFICE

ITEM #

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | miscellaneous papers from kitchen drawer | seizure |
| 2 | miscellaneous papers from kitchen cabinet | " |
| 3 | miscellaneous papers from kitchen pantry | " |
| 4 | 5 telephones from kitchen drawer | " |
| 5. | KEYS from kitchen drawer | " |
| 6 | undetermined amount of U.S. currency | " |
| 7 | one .45 Springfield Armory pistol, SN 358672 | " |
| 8 | one magazine containing .45 bullets | " |
| 9 | KEYS FROM CHRYSLER IN GARAGE | " |
| 10 | LICENSE PLATE (AL) 702-624 (From Chrysler) | " |
| 11 | miscellaneous papers from trunk of Chrysler and auto | " |
| 12 | shrink wrap from Chrysler trunk | " |
| 13 | miscellaneous papers from inside Chrysler | " |
| 14 | undetermined amount of US currency → (Bank Count $110,100.00) | " |
| 15 | miscellaneous papers + car titles | |

RECEIVED BY (Signature)   NAME AND TITLE (Print or Type)
JAMES D. BROWN, S/A

WITNESSED BY (Signature)   NAME AND TITLE (Print or Type)
SA Kieth Slay

FORM DEA-12 (9-00) Previous editions obsolete   Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
KELLY BATTLE
232 Lee Road 318

FILE NO. GX-04-0010
FILE TITLE:
G-DEP IDENTIFIER
DATE 8-1-07

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| ITEM # AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 16 | 1 box containing silver necklace fm MB | seizure |
| 17 | gray large scale from MB | " |
| 18 | miscellaneous papers in MB closet | " |
| 19 | cell phones and chargers from kitchen | " |
| 20 | cell phones and chargers fm kitchen | " |
| 21 | miscellaneous papers fm kitchen | " |
| 22 | miscellaneous papers fm kitchen | " |
| 23 | miscellaneous papers fm kitchen | " |
| 24 | miscellaneous papers fm billiard room | " |
| 25 | "Seal a Meal" which wraps items (3 boxes) | " |
| 26 | miscellaneous papers fm Billiard room | " |
| 27 | miscellaneous papers fm Billiard room | " |
| 28 | miscellaneous papers fm Billiard room | " |
| 29 | notebook fm Billiard room | " |
| 30 | miscellaneous papers from hallway | |

RECEIVED BY (Signature)
NAME AND TITLE (Print or Type)
JAMES D. BROWN, S/A

WITNESSED BY (Signature)
NAME AND TITLE (Print or Type)
SA Kieth SLAY

FORM DEA-12 (9-00) Previous editions obsolete                Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. GX-04-0010 | G-DEP IDENTIFIER |
|---|---|---|
| Kelly Bittle<br>232 Lee Road 318 | FILE TITLE | |
| | DATE 8-1-07 | |

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 31 | miscellaneous papers from Ford F150 (CN0916) and Auto | |
| 32 | miscellaneous papers from Impala (7K67R) and Auto | |
| 33 | miscellaneous papers from Impala (7K59R) and Auto | |
| 34 | miscellaneous papers from Ford F150 (7K55R) and Auto | |
| 35 | miscellaneous papers from white Cadillac (8K86L) and auto | |
| 36 | miscellaneous papers from Impala (7K07H) and auto | |
| 37 | miscellaneous papers from Impala (7K56R) and auto | |
| 38 | miscellaneous papers from Impala (7K71R) and auto | |
| 39 | dryer sheets from Honda (7K06H) and auto | |
| 40 | misc. papers from Honda (7K06H) and auto | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| [signature] | JAMES O. BROWN, S/A |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| [signature] | SA Kieth SLAY |

FORM DEA-12 (9-00) Previous editions obsolete       Electronic Form Version Designed in JetForm 5.2 Version

# VEHICLE IMPOUNDMENT RECORD

NCIC _____

| Field | Value |
|---|---|
| MAKE | CHRYSLER |
| MODEL | 300 |
| COLOR | SILVER |
| NO. OF CYLINDERS | 8 |
| YEAR | 2006 |
| MILEAGE | 4928 |
| LICENSE NO. (Yr. - State) | 7K251T 08 AL |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | 5.7L |
| SERIAL NO. | |
| FUEL | ☒ Gas ☐ Diesel |
| VIN NO. | 2C3KA63H46H217974 |
| NO. OF AXLES | 1 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

**BODY STYLE:** ☐ Coupe Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon Sedan  ☒ 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

VEHICLE OPERATOR: B. DAVIS  L.C.S.O.    PHONE NO. 334-749-5651

REGISTERED OWNER: KELLY BATTLE · 232 LEE RD. 131 PHENIX CITY, AL    PHONE NO.

NAME & ADDRESS OF LIENHOLDER:    PHONE NO.

## REASON FOR IMPOUNDMENT

ACCIDENT ☐  DUI ☐  STOLEN ☐  ABANDONED ☐  FELONIOUS USE ☐  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐ _____  REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: 232 LEE RD. 318
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT: 08-01-2007  TIME: 09:32  TOWED OR DRIVEN BY _____  NAME & TITLE OF IMPOUNDING OFFICER _____

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☒  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION |  | | DAMAGED | COND |
|---|---|---|---|---|---|---|---|
| ☒ | FRONT END | | 2 | | SPARE TIRE | | 2 |
| ☒ | LF ¼ | | 2 | | LR TIRE | | 2 |
| ☒ | LF DOOR | | 2 | | RR TIRE | | 2 |
| ☒ | LR DOOR | | 2 | | RF TIRE | | 2 |
| ☒ | LR ¼ | | 2 | | LF TIRE | | 4 |
| ☒ | REAR END | | 2 | | GLASS | | 2 |
| ☒ | RF ¼ | | 2 | | C.B. RADIO | | |
| ☒ | RF DOOR | | 2 | | C.B. ANTENNA | | |
| ☒ | RR DOOR | | 2 | | | | |
| ☒ | RR ¼ | | 2 | | | | |
| ☒ | HOOD | | 2 | | | | |
| ☒ | TOP | | 2 | | | | |
| ☒ | REAR LID | | 2 | | | | |

REMARKS: L-Front tire pressure low.
(USE SUPPLEMENTARY)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHIC _____

REPORT MADE BY: Brent Davis    DATE 8-1-07    TIME 09:32

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND ITS CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____  DATE _____  TIME _____

FORM B-3    LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NCIC _____

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| Ford | F-150 | Maroon | |

| YEAR | MILEAGE | LICENSE NO. (Yr. - State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 1999 | | CNO G16  AL | |

| SERIAL NO. | FUEL | VIN NO. | NO. OF AXLES |
|---|---|---|---|
| | ☐ Gas  ☐ Diesel | 1FTRV17C7NNW12 | |

**TYPE OF VEHICLE**
☐ Passenger Vehicle  ☐ Ambulance  ☒ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV   NO. OF WHEELS

**BODY STYLE**
☐ Coupe  ☐ Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon Sedan  ☐ 4-Door Hardtop  ☒ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity)
TRUCK (Mfg. Rated capacity)

VEHICLE OPERATOR (Address, Number, Street, City, State)           PHONE NO.

REGISTERED OWNER (Address, Number, Street, City, State)           PHONE NO.
Betty Kelly Dr

NAME & ADDRESS OF LIENHOLDER (if Applicable)                      PHONE NO.

## REASON FOR IMPOUNDMENT

ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE _____
NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐ _____ REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP _____
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT / TIME / TOWED OR DRIVEN BY / NAME & TITLE OF IMPOUNDING OFFICER /

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | | | | SPARE TIRE | | |
| | LF ¼ | | | | | | | LR TIRE | | |
| | LF DOOR | | | | | | | RR TIRE | | |
| | LR DOOR | | | | | | | RF TIRE | | |
| | LR ¼ | | | | | | | LF TIRE | | |
| | REAR END | | | | | | | GLASS | | |
| | RF ¼ | | | | | | | C.B. RADIO | | |
| | RF DOOR | | | | | | | C.B. ANTENNA | | |
| | RR DOOR | | | | | | | | | |
| | RR ¼ | | | | | | | | | |
| | HOOD | | | | | | | | | |
| | TOP | | | | | | | | | |
| | REAR LID | | | | | | | | | |

31

REMARKS _____
DESCRIBE ANY PER____            OR ANY DETAILS NOT LISTED ON THIS PAGE)

REPORT MADE BY _____ DATE _____ TIME _____

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____ DATE _____ TIME _____

FORM B - 3                LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

| Field | Value |
|---|---|
| MAKE | Cadillac |
| MODEL | Deville |
| COLOR | Black |
| NO. OF CYLINDERS | V-8 |
| YEAR | 2002 |
| MILEAGE | 74,894 |
| LICENSE NO. (Yr.-State) | AL 7KC7R 08 |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | 1G6KF5795241417?? |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO. | |
| NO. OF AXLES | |

TYPE OF VEHICLE: ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV    NO. OF WHEELS: 4

BODY STYLE: ☐ Coupe  ☐ 2-Door Hardtop Sedan  ☐ Station Wagon  ☒ 4-Door Hardtop Sedan  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

VEHICLE OPERATOR (Address, Number, Street, City, State): 

PHONE NO.:

REGISTERED OWNER (Address, Number, Street, City, State): Battle, Kelly

NAME & ADDRESS OF LIENHOLDER (if Applicable):

ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☒   OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER
EXACT LOCATION WHERE VEHICLE PICKED UP: _____
TOW-IN SERVICE REQUESTED BY: _____
DATE OF IMPOUNDMENT: 08·01·07   TIME: / /
IMPOUNDING OFFICER: /

INVENTORY AND C[ONTENTS]
DOORS AND TRUNK: LOCKED ☒  UNLOCKED ☐  KEY ___  PROPERTY ROOM ☐  OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | COND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 2 | | ENGINE | | 3 | | SPARE TIRE | | 2 |
| | LF ¼ | | 2 | | RADIATOR | | 3 | | LR TIRE | | 3 |
| | LF DOOR | | 3 | | ALTERNATOR | | 3 | | RR TIRE | | 2 |
| | LR DOOR | | 3 | | BATTERY | | 3 | | RF TIRE | | 2 |
| | LR ¼ | | 3 | | A/C | | 3 | | LF TIRE | | 2 |
| | REAR END | | 3 | | RADIO | | 3 | | GLASS | | 3 |
| | RF ¼ | | 3 | | TAPE DECK | | | | C.B. RADIO | NA | |
| | RF DOOR | | 3 | | HUB CAP | | 3 | | C.B. ANTENNA | NA | |
| | RR DOOR | | 2 | | WHEEL COVER | | | | | | |
| | RR ¼ | | 2 | | DRIVE TRAIN | | 3 | | | | |
| | HOOD | | 2 | | JACK | | | | | | |
| | TOP | | 3 | | TOOLS | NA | | | | | |
| | REAR LID | | 2 | | GASOLINE | | 3 | | | | |

REMARKS: Small scratches on doors

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

REPORT MADE BY: K. Sim[?]   DATE: 08·01·07   TIME: 0950

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____   DATE _____   TIME _____

FORM B-3    LAW ENFORCEMENTS SYSTEMS, INC P.O BOX 1835 CORSICANA, TEXAS 75110

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| MAKE | Chevy | MODEL | Impala SS | COLOR | BLK | NO. OF CYLINDERS | V-8 |
| YEAR | 1994 | MILEAGE | 101554 | LICENSE NO. (Yr. - State) | 7K59R AL 07 | HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | | FUEL | ☒ Gas ☐ Diesel | VIN NO. | 161BN52P0RR158325 | NO. OF AXLES | |

TYPE OF VEHICLE: ☒ Passenger Vehicle

BODY STYLE: ☒ 4-Door Hardtop Sedan

REGISTERED OWNER: B H.

DATE OF IMPOUNDMENT: 08-01-07

### CONDITION OF VEHICLE WHEN IMPOUNDED
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 3 | | ENGINE | | 3 | | SPARE TIRE | | 3 |
| | LF ¼ | | 3 | | RADIATOR | | 3 | | LR TIRE | | 3 |
| | LF DOOR | | 3 | | ALTERNATOR | | 3 | | RR TIRE | | 3 |
| | LR DOOR | | 3 | | BATTERY | | 3 | | RF TIRE | | 3 |
| | LR ¼ | | 3 | | A/C | | 3 | | LF TIRE | | 3 |
| | REAR END | | 3 | | RADIO | | 3 | | GLASS | | 3 |
| | RF ¼ | | 3 | | TAPE DECK | | 3 | | C.B. RADIO | | NA |
| | RF DOOR | | 3 | | HUB CAP | | NA | | C.B. ANTENNA | | NA |
| | RR DOOR | | 3 | | WHEEL COVER | | 3 | | | | |
| | RR ¼ | | 3 | | DRIVE TRAIN | | 3 | | | | |
| | HOOD | | 3 | | JACK | | 3 | | | | |
| | TOP | | 3 | | TOOLS | | 3 | | | | |
| | REAR LID | | 3 | | GASOLINE | | 3 | | | | |

REMARKS:
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Radio + face plate

REPORT MADE BY: KSM    DATE: 08-01-07    TIME: 1017

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED_____    DATE_____    TIME_____

FORM B-3    LAW ENFORCEMENTS SYSTEMS, INC P.O. BOX 1835 CORSICANA, TEXAS 75110

| | |
|---|---|
| MAKE: Ford | MODEL: F-150 | COLOR: Black | NO. OF CYLINDERS: 8 |
| YEAR: 2002 | MILEAGE: 80,259 | LICENSE NO. (Y., State): AL 7K55R | HORSEPOWER OR CUBIC INCH DISPLACEMENT: |
| SERIAL NO.: | FUEL: ☑ Gas 1/16 empty ☐ Diesel | VIN NO.: 1FTRW07342KD16806 | NO. OF AXLES: 2 |

TYPE OF VEHICLE: ☐ Ambulance  ☐ Tractor  ☐ Semi-Trailer  ☐ Motorcycle  NO. OF WHEELS: 4
☐ Passenger Vehicle  ☑ Truck  ☐ Trailer  ☐ Bus  ☐ RV

BODY STYLE: ☐ Coupe  ☐ Station Wagon  ☑ Pickup  ☐ Panel  ☐ Rack  ☐ Carryall  ☐ Camper
☐ 2-Door Sedan/Hardtop  ☐ 4-Door Sedan/Hardtop  ☐ Convertible  ☐ Van  ☐ Stake  ☐ Flatbed

BUS (Passenger capacity):
TRUCK (Mfg. Rated capacity):

VEHICLE OPERATOR (Address, Number, Street, City, State)   PHONE NO.

REGISTERED OWNER (Address, Number, Street, City, State)   PHONE NO.

NAME & ADDRESS OF LIENHOLDER (if Applicable)   PHONE NO.

**REASON FOR IMPOUNDMENT**

ACCIDENT ☐  DUI ☐  STOLEN ☐  ABANDONED ☐  FELONIOUS USE ☐  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE _____
NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐ _____  REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP _____
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT / TIME / TOWED OR DRIVEN BY / NAME & TITLE OF IMPOUNDING OFFICER /

**INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED**

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 2 | | ENGINE | | | | SPARE TIRE | ☑ ok | 3 |
| | LF ¼ | | 2 | | RADIATOR | | | | LR TIRE | ☑ | 2 |
| | LF DOOR | | 2 | | | | | | RR TIRE | ☑ | 3 |
| | LR DOOR | | 2 | | | | | | RF TIRE | ☑ | 2 |
| | LR ¼ | | 2 | | | | | | LF TIRE | ☑ | 3 |
| | REAR END | | 2 | | | | | | GLASS | | |
| | RF ¼ | | 2 | | | | | | C.B. RADIO | / | |
| | RF DOOR | | 2 | | | | | | C.B. ANTENNA | / | |
| | RR DOOR | | 2 | | | | | | | | |
| | RR ¼ | | 2 | | | | | | | | |
| | HOOD | | 3 | | | | | | | | |
| | TOP | | 2 | | | | | | | | |
| | REAR LID | | 2 | | | | | | | | |

34

REMARKS _____
(USE SUPPLEMEN...
DESCRIBE ANY PERSONAL PROPERTY LEFT IN...
AGE) _____

REPORT MADE BY: Lisa J. Van   TIME: 10:35 a.m.

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____   DATE _____   TIME _____

FORM B-3   LAW ENFORCEMENTS SYSTEMS, INC P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NCIC _____

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| CADILLAC | Deville | WHITE | V8 |

| YEAR | MILEAGE | LICENSE NO. (Yr. - State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 2002 | 119820 | 8K86L/08/AL | |

| SERIAL NO. | FUEL | VIN NO. | NO. OF AXLES |
|---|---|---|---|
| 1G6KF57992U127370 | ☒ Gas ☐ Diesel | 1G6KF579928127370 | 4 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

NO. OF WHEELS: ____

**BODY STYLE:** ☐ Coupe Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon Sedan  ☒ 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity): ____
TRUCK (Mfg. Rated capacity): ____

**VEHICLE OPERATOR** (Address, Number, Street, City, State): ____  PHONE NO. ____

**REGISTERED OWNER** (Address, Number, Street, City, State): Kelly Battle  232 Lee Rd 318  PHONE NO. ____

**NAME & ADDRESS OF LIENHOLDER** (If Applicable): ____  PHONE NO. ____

## REASON FOR IMPOUNDMENT

ACCIDENT ☐  DUI ☐  STOLEN ☐  ABANDONED ☐  FELONIOUS USE ☐  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐ _____  REPORT NO. ____
EXACT LOCATION WHERE VEHICLE PICKED UP: 232 Lee Rd 318
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____

| DATE OF IMPOUNDMENT | TIME | TOWED OR DRIVEN BY | NAME & TITLE OF IMPOUNDING OFFICER |
|---|---|---|---|
| 08/01/07 | | | |

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☒  KEYS IN PROPERTY ROOM ☐  OTHER ____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | OKAY/FAIR | | ENGINE | Doesnt Start | | | SPARE TIRE | | FAIR |
| | LF ¼ | | | | RADIATOR | Unk | | | LR TIRE | | FAIR |
| | LF DOOR | | | | ALTERNATOR | Unk | | | RR TIRE | | FAIR |
| | LR DOOR | | | | | Unk | | | RF TIRE | | FAIR |
| | LR ¼ | | | | | Unk | | | LF TIRE | | FAIR |
| | REAR END | | | | | Unk | | | GLASS | | OKAY |
| | RF ¼ | | | | | UNKNOWN | | | C.B. RADIO | | NONE |
| | RF DOOR | | | | | N/A | | | C.B. ANTENNA | | NONE |
| | RR DOOR | | | | | 4 | FAIR | | | | |
| | RR ¼ | | | | | UNK | | | | | |
| | HOOD | | | | | | GOOD | | | | |
| | TOP | | 35 | | | NONE | | | | | |
| | REAR LID | | | | | FUEL | | | | | |

REMARKS ____
DESCRIBE ANY PERSO[NAL ITEMS/DETAILS NOT LISTED ON THIS PAGE]

REPORT MADE BY ____  08/01/07  TIME ____

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____  DATE _____  TIME _____

FORM B-3        LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NCIC _____

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| Chev | Impala | Black | V-8 |

| YEAR | MILEAGE | LICENSE NO. (Yr.-State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 2005 | 96,478 | 5K07H AL 08 | |

| SERIAL NO. | FUEL | VIN NO. | NO. OF AXLES |
|---|---|---|---|
| | ☒ Gas  ☐ Diesel | 2G1W55K659123924 | |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle ☐ Ambulance ☐ Truck ☐ Tractor ☐ Trailer ☐ Semi-Trailer ☐ Bus ☐ Motorcycle ☐ RV  **NO. OF WHEELS:** 4

**BODY STYLE:** ☐ Coupe ☐ Sedan ☐ 2-Door Hardtop ☐ Station Wagon Sedan ☒ 4-Door Hardtop ☐ Pickup ☐ Convertible ☐ Panel ☐ Van ☐ Rack ☐ Stake ☐ Carryall ☐ Flatbed ☐ Camper

BUS (Passenger capacity) _____
TRUCK (Mfg. Rated capacity) _____

**VEHICLE OPERATOR** (Address, Number, Street, City, State): _____  **PHONE NO.** _____

**REGISTERED OWNER** (Address, Number, Street, City, State): BHH, Billy  **PHONE NO.** _____

**NAME & ADDRESS OF LIENHOLDER** (if Applicable): _____  **PHONE NO.** _____

## REASON FOR IMPOUNDMENT

ACCIDENT ☐  DUI ☐  STOLEN ☐  ABANDONED ☐  FELONIOUS USE ☒  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐ _____ REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP _____
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT 08·01·07  TIME 1030  TOWED OR DRIVEN BY _____ NAME & TITLE OF IMPOUNDING OFFICER _____

### CONDITION OF VEHICLE WHEN IMPOUNDED

☐ KEYS IN PROPERTY ROOM  OTHER _____
(1-EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|
| | FRONT END | | 2 | | SPARE TIRE | | 2 |
| | LF ¼ | | 2 | | LR TIRE | | 3 |
| | LF DOOR | | 2 | | RR TIRE | | 3 |
| | LR DOOR | | 2 | | RF TIRE | | 3 |
| | LR ¼ | | 2 | | LF TIRE | | 3 |
| | REAR END | | 2 | | GLASS | | 3 |
| | RF ¼ | | 2 | | C.B. RADIO | | N/A |
| | RF DOOR | | 2 | | C.B. ANTENNA | | N/A |
| | RR DOOR | | 2 | | | | |
| | RR ¼ | | 2 | | | | |
| | HOOD | | 2 | | | | |
| | TOP | | 2 | | | | |
| | REAR LID | | 2 | | | | |

GASOLINE

**REMARKS** _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

**REPORT MADE BY** Seay  **DATE** 08·01·07  **TIME** 1030

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____ DATE _____ TIME _____

FORM B-3  LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

| NCIC | | | |
|---|---|---|---|
| MAKE Chev | MODEL Impala | COLOR Blk | NO. OF CYLINDERS V-8 |
| YEAR 1997 | MILEAGE | LICENSE NO. (Yr.-State) 7R54R AL | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
| SERIAL NO. | FUEL ☑ Gas ☐ Diesel | VIN NO. 1G1BL52P0TR157138 | NO. OF AXLES |

**TYPE OF VEHICLE**: ☑ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV    NO. OF WHEELS

**BODY STYLE**: ☐ Coupe  ☐ 2-Door Sedan Hardtop  ☐ Station Wagon  ☑ 4-Door Sedan Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper    BUS (Passenger capacity)   TRUCK (Mfg. Rated capacity)

**VEHICLE OPERATOR** (Address, Number, Street, City, State)     PHONE NO.

**REGISTERED OWNER** (Address, Number, Street, City, State)     PHONE NO.
Batth, Kelly

**NAME & ADDRESS OF LIENHOLDER** (if Applicable)     PHONE NO.

## REASON FOR IMPOUNDMENT
ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☑   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE _____
NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____ REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP _____
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT 08-01-07   TIME 1034   TOWED OR DRIVEN BY _____   NAME & TITLE OF IMPOUNDING OFFICER _____

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED
DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | COND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 3 | | ENGINE | | 3 | | SPARE TIRE | | 3 |
| | LF ¼ | | 3 | | RADIATOR | | 3 | | LR TIRE | | 3 |
| | LF DOOR | | | | | | 3 | | RR TIRE | | 3 |
| | LR DOOR | | | | | | 3 | | RF TIRE | | 3 |
| | LR ¼ | | | | | | 3 | | LF TIRE | | 3 |
| | REAR END | | | | | | 3 | | GLASS | | 3 |
| | RF ¼ | | | | | | 3 | | C.B. RADIO | NA | |
| | RF DOOR | | | | | | 3 | | C.B. ANTENNA | NA | |
| | RR DOOR | | | | | | 3 | | | | |
| | RR ¼ | | | | | | 3 | | | | |
| | HOOD | | | | | | 3 | | | | |
| | TOP | | | | | | | | | | |
| | REAR LID | | | | | | 3 | | | | |

REMARKS _____
DESCRIBE ANY PE_____   DETAILS NOT LISTED ON THIS PAGE) _____

REPORT MADE BY _____   DATE 08-01-07   TIME 1035

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____   DATE _____   TIME _____

FORM B-3    LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NCIC ____

| Field | Value |
|---|---|
| MAKE | Chev |
| MODEL | Impala |
| COLOR | Black |
| NO. OF CYLINDERS | 8 |
| YEAR | 1996 |
| MILEAGE | 91285 |
| LICENSE NO. (Yr.-State) | 7K71R (AL 08) |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | 1G1BL52P3SR180024 |
| FUEL | ☒ Gas ☐ Diesel |
| VIN NO. | 1G1BL52P3SR180024 |
| NO. OF AXLES | 2 |

TYPE OF VEHICLE: ☒ Passenger Vehicle

BODY STYLE: 4-Door Sedan Hardtop

VEHICLE OPERATOR: Kelly Battle

REGISTERED OWNER: 117 Hwy-165 Phenix City, AL

## REASON FOR IMPOUNDMENT

OTHER THAN ABOVE: Seizure

EXACT LOCATION WHERE VEHICLE PICKED UP: 232 Lee Rd 318

DATE OF IMPOUNDMENT: 8/01/07

REMARKS: ____

REPORT MADE BY: TFA Todd Mims, DEA    DATE: 8/1/07    TIME: 0950

FORM B-3  LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

IMPOUNDMENT RECORD

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| Honda | Accord | Blk | |

| YEAR | MILEAGE | LICENSE NO. (Yr. - State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 1999 | | 7K6G17 | |

| SERIAL NO. | FUEL: ☐ Gas ☐ Diesel | VIN NO. 1HGCG5643XA095722 | NO. OF AXLES |
|---|---|---|---|

**TYPE OF VEHICLE**
☑ Passenger Vehicle   ☐ Ambulance   ☐ Tractor   ☐ Semi-Trailer   ☐ Motorcycle   NO. OF WHEELS
☐ Truck   ☐ Trailer   ☐ Bus   ☐ RV

**BODY STYLE**
☐ Coupe   ☐ Station Wagon   ☐ Pickup   ☐ Panel   ☐ Rack   ☐ Carryall   ☐ Camper   BUS (Passenger capacity)
☐ 2-Door Sedan Hardtop   ☑ 4-Door Sedan Hardtop   ☐ Convertible   ☐ Van   ☐ Stake   ☐ Flatbed   TRUCK (Mfg. Rated capacity)

VEHICLE OPERATOR (Address, Number, Street, City, State)                    PHONE NO.

REGISTERED OWNER (Address, Number, Street, City, State)                    PHONE NO.
Battle, Kelly

NAME & ADDRESS OF LIENHOLDER (if Applicable)                               PHONE NO.

**REASON FOR IMPOUNDMENT**
ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____
EXACT LOCATION WHERE VEHICLE PICKED UP _____ REPORT NO. _____
TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT ___/___   TIME ___/___   TOWED OR DRIVEN BY ___/___   NAME & TITLE OF IMPOUNDING OFFICER ___/___

**INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED**
DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | | | | SPARE TIRE | | |
| | LF ¼ | | | | | | | LR TIRE | | |
| | LF DOOR | | | | | | | RR TIRE | | |
| | LR DOOR | | | | | | | RF TIRE | | |
| | LR ¼ | | | | | | | LF TIRE | | |
| | REAR END | | | | | | | GLASS | | |
| | RF ¼ | | | | | | | C.B. RADIO | | |
| | RF DOOR | | | | | | | C.B. ANTENNA | | |
| | RR DOOR | | | | | | | | | |
| | RR ¼ | | | | | | | | | |
| | HOOD | | | | | | | | | |
| | TOP | | | | | | | | | |
| | REAR LID | | | | | | | | | |

REMARKS _____
(USE SUPP... IN THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN V... 

REPORT MADE BY _R. Ingram_   DATE _9-1-07_   TIME _____

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____   DATE _____   TIME _____

FORM B-3
LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110